NO. 07-01-0120-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL A



DECEMBER 11, 2001



______________________________




IN THE MATTER OF THE MARRIAGE OF


SHARON KNIE AND GREGORY ALLEN KNIE




_________________________________



FROM THE 316TH DISTRICT COURT OF HUTCHINSON COUNTY;



NO. 32,804; HONORABLE JOHN LAGRONE, JUDGE



_______________________________



Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

 Appellant Sharon Knie appeals from a dismissal of her bill of review by which she
seeks to modify a divorce decree. For the reasons we express, we dismiss the appeal.

 The clerk's and reporter's records were filed on June 13, 2001. That being so,
appellant's brief was due to be filed on July 13, 2001. Tex. R. App. P. 38.6(a). By letter
dated November 1, 2001, we informed appellant that we had not received a brief or a
motion for extension of time to file one and that unless a response reasonably explaining
that failure, together with a showing that appellee had not been significantly injured by that
failure was received by November 8, 2001, the appeal would be dismissed for want of
prosecution. Tex. R. App. P. 38.8(a)(1). We have received no response to that letter. 

 Accordingly, the appeal must be and is hereby dismissed. 

 Per Curiam

Do not publish. 



thFont m:val="Cambria Math"/>
 
 
 
 
 
 
 
 
 
 
 









  NO. 07-10-0125-CV

 

IN THE COURT OF APPEALS

 

FOR THE SEVENTH DISTRICT OF TEXAS

 

AT AMARILLO

 

PANEL D

 

APRIL 12, 2010

 

______________________________

 

 

IN RE ROBERT WAYNE VEIGEL, ET AL.

RELATOR

 

 

_________________________________

 

ORIGINAL PROCEEDING

ON PETITION FOR WRIT OF MANDAMUS

 

_______________________________

 

Before QUINN, C.J.. and CAMPBELL and PIRTLE, JJ.

ORDER ON MOTION TO STAY UNDERLYING PROCEEDINGS

            Relator,
Robert Wayne Veigel, Individually and in his capacity
as Co-Trustee of the Ardella Veigel
Trust No. 2, seeks an emergency stay of trial proceedings set for April 19,
2010, pending a ruling on his contemporaneously filed Petition for Writ of
Mandamus.  For the reasons to be set
forth in our memorandum opinion to follow, Relators
motion is denied.

                                                                                    Per
Curiam